UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIK LYBARGER, | : | CIVIL ACTION NO. 3:CV-14-0102 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| LAUREL HARRY, Superintendent, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
JAN 2 3 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 23rd DAY OF JANUARY, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The complaint is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

_____
**United States District Judge**